# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2007

133348-49 & (66)

ALLSTATE INSURANCE COMPANY,
       Plaintiff,
       Counter Defendant-Appellant,
v

A&A MEDICAL TRANSPORTATION
SERVICES, INC., RENAISSANCE PHYSICAL
THERAPY, L.L.C., RAHAT MALIK,
PHYSICIANS REHABILITATION, L.L.C.,
ZUBAIR RATHUR, IMAN FAWAZ, and FIRST
CHOICE REHAB, INC.,
       Defendants,
       Counter Plaintiffs-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133348-49
COA: 260766, 261504
Oakland CC: 02-039177-CZ

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the January 23, 2007 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Miller v Allstate (After Remand)* (Docket Nos. 134393, 134406), is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2007

_____
Clerk

t1114